THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DIACK, Appellant.

Submitted December 1, 2014; decided December 16, 2014

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIAS McFARLAND, Appellant.

Submitted November 3, 2014; decided December 16, 2014

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FEDERICO PEREZ, Appellant.

Submitted November 24, 2014; decided December 16, 2014

Motion for assignment of counsel granted and Seymour James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.